# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

CIVIL ACTION NO. _____

**JIMMY KENDRICK**                  **PLAINTIFF**

## COMPLAINT

**AETNA LIFE INSURANCE COMPANY**        **DEFENDANT**

**Serve:**    Aetna Life Insurance Company
c/o CT Corporation Systems
306 West Main Street, Suite 512
Frankfort, KY 40601

## PARTIES

1. Plaintiff, Jimmy Kendrick, is a resident of Floyd County, KY. His mailing address is 1072 Mare Creek, Stanville, KY 41659.

2. Defendant Aetna Life Insurance Company is the manager of an employee benefits plan that is made available to employees of Aramark Uniform & Career Apparel, LLC, the Plaintiff's former employer, for Long Term Disability ("LTD") Benefits. They can be reached for Service of Process at CT Corporation Systems, 306 West Main Street, Suite 512, Frankfort, KY 40601.

## JURISDICTION

3. Inasmuch as the events complained of herein occurred in the Eastern District of Kentucky and the plan is made available in the Eastern District of Kentucky, this claim meets the requirements under the Employee Retirement Income Security

Act of 1974 (ERISA), The United States District Court for the Eastern District of Kentucky has both personal and subject matter jurisdiction.

## BACKGROUND

4. The Defendant Aetna Life Insurance Company, Inc., is a large insurance company which provides numerous types of insurances including the LTD plan that covered Plaintiff, Jimmy Kendrick, through his former employer, Aramark Uniform & Career Apparel, LLC.

5. The Plaintiff ceased working for his employer on November 9, 2010, due to chronic back, shoulder, elbow and knee pain.

6. The Plaintiff has remained permanently and totally disabled since ceasing work on November 9, 2010, and has since received an award of Social Security Disability Benefits.

7. After ceasing work on November 9, 2010, Plaintiff applied for and received LTD benefits through his employer.

8. These LTD benefits were subsequently discontinued by the Defendant as a result of a file review on April 11, 2017.

9. The Plaintiff appealed this decision and submitted additional evidence but Defendant continued to deny Plaintiff's claim for LTD benefits.

10. The Defendant notified the Plaintiff that he had exhausted his administrative appeals for LTD benefits on October 26, 2017.

11. At the time of receiving the said letter, Plaintiff was and still is totally and permanently disabled.

12. The discontinuation and continued denial of LTD benefits by the Defendant is both arbitrary and capricious and deprives the Plaintiff of his right to continue to receive LTD benefits.

## COUNT I
## VIOLATION OF THE EMPLOYEES' RETIREMENT INCOME SECURITY ACT OF 1974 (ERISA)

13. The denial of the Plaintiff's claims was a violation of the Employee's Retirement Income Security Act of 1974 (ERISA).

## COUNT II
## BREACH OF CONTRACT

14. The LTD Plan was a contract between the parties to this action.

15. Because the Plaintiff complied with all of the conditions precedent, and all of the terms of the aforesaid contracts, and the Plaintiff is totally occupationally disabled, Plaintiff is entitled to continued LTD income benefits including but not limited to LTD income benefits.

16. The Defendants failure to provide the aforesaid LTD benefits is a breach of contract.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully demands relief as follows:

1. A determination that the Defendants have breached the contractual obligation to pay Long Term Disability benefits;

2. All benefits to which Plaintiff is entitled, including but not limited to past due benefits and on-going future benefits;

3. Attorney's fees and costs;

4. Any other relief to which the Plaintiff is entitled.

Respectfully Submitted,

_____
C. Phillip Wheeler, Jr., Esq.
KIRK LAW FIRM
5055 North Mayo Trail
Pikeville, KY 41501
(606) 437-9234
FAX 437-1378
cpwheeler@kirklawfirm.net