UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| JIMMY KENDRICK,<br><br>    Plaintiff,<br><br>V.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 7:18-29-KKC<br><br><br>**ORDER** |

*** *** ***

This matter having come before the Court upon a Stipulation of Dismissal with prejudice (DE 27),

IT IS HEREBY ORDERED:

(1) Pending motions in the case are hereby deemed **MOOT**.

(2) All pending deadlines are considered **SET ASIDE.**

(3) This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated September 19, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY